■ (A) EVA LOZANO V. SIDNEY PLATT. (B) MARIANO GONZALEZ, as Administrator, v. RICHARD E. SINGLETON, JR.—[In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 19, 1962, with notice of argument for the February 1963 Term of this court, said

appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.